PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00028-NODJ BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FRANCISCO JAVIER BELTRAN, | |
| Defendant. | |

This case is set for a change of plea hearing on February 26, 2024. The parties request to move the change of plea to March 22, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on February 26, 2024.

2. By this stipulation, defendant now moves to schedule the change of plea for March 22, 2024**.** and to exclude time between February 26, 2024, and March 22, 2024

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have reached a plea agreement in this case; however, Mr. Diaz has not been able to fully discuss the plea offer with his client. Mr. Diaz has been in a state trial and requests additional time to discuss the plea with his client and conduct additional investigation.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      b)      Counsel for defendant desires additional time to consult with his client and conduct further investigation prior to the change of plea.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause." Here, the defendant consents and there is good cause as set forth herein.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of February 26, 2024 to March 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  February 20, 2024                    PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ ARIN C HEINZ
                                                    ARIN C HEINZ
                                                    Assistant United States Attorney

Dated: February 20, 2024               /s/ NICHOLAS REYES
                                       NICHOLAS REYES
                                       Counsel for Defendant
                                       FRANCISCO JAVIER
                                       BELTRAN

## FINDINGS AND ORDER

The COURT HEREBY ORDERS:

1) The change of plea hearing is continued from February 26, 2024, to **March 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

2) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of February 26, 2024 to March 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:   **February 21, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3