PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER BELTRAN,<br><br>Defendant. | CASE NO. 1:24-CR-00028-NODJ BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

This case is set for a change of plea hearing on March 22, 2024.  The parties request to move the change of plea to May 13, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on March 22, 2024.

2. By this stipulation, defendant now moves to schedule the change of plea for May 13, 2024**.** and to exclude time between March 22, 2024, and May 13, 2024

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government presented a plea offer to Mr. Beltran through his attorney. Mr. Reyes has presented the plea offer to Mr. Beltran. However, his client requires additional time to review the plea and make a decision on the plea.

    b) Counsel for defendant desires additional time to consult with his client and conduct further investigation prior to making a final decision on the plea.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause."  Here, the defendant consents and there is good cause as set forth herein.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of March 22, 2024 to May 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

  IT IS SO STIPULATED.

Dated:  March 18, 2024         PHILLIP A. TALBERT
                   United States Attorney

                  /s/ ARIN C HEINZ
                  ARIN C HEINZ
                  Assistant United States Attorney

Dated: March 18, 2024

/s/ NICHOLAS REYES
NICHOLAS REYES
Counsel for Defendant
FRANCISCO JAVIER BELTRAN

## ORDER

IT IS SO ORDERED that the change of plea hearing is continued from March 22, 2024, to **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**March 18, 2024**__          /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE