PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER BELTRAN,<br><br>Defendant. | CASE NO. 1:24-CR-00028-NODJ BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

This case is set for sentencing on August 26, 2024. The parties request to move the sentencing to September 23, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 26, 2024.

2. By this stipulation, the parties now move to schedule sentencing for September 23, 2024. The United States Probation Office is in the process of preparing a Presentence Report (PSR) in this case, but the report is not yet complete. Additionally, defense counsel requests additional time to prepare for sentencing, and the government does not object.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: July 30, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ARIN C HEINZ<br>ARIN C HEINZ<br>Assistant United States Attorney |
| Dated: July 30, 2024 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>FRANCISCO JAVIER BELTRAN |

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from August 26, 2024, to **September 25, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **August 1, 2024**               /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2